IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNULFO CHAVEZ,

    Plaintiff,

  v.

WORLD SAVINGS BANK,

    Defendant.
                                     /

No. C 09-00665 CW

ORDER TRANSFERRING CASE

On February 13, 2009, Plaintiff filed the above-captioned case.  According to the complaint, Plaintiff and the property in question are located in Solano County and Defendant is located in Sacramento County.  The events which give rise to the claim occurred in Solano County.  Both Solano County and Sacramento County are located in the Eastern District of California.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is transferred to the Eastern District of California.

Dated: 2/20/09

                                                   CLAUDIA WILKEN
                                                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARNULFO CHAVEZ,

        Plaintiff,

  v.

WORLD SAVINGS BANK et al,

        Defendant.

Case Number: CV09-00665 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arnulfo Chavez
248 Millbrook Way
Vacaville, CA 95687

Dated: February 20, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk